UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| MIKE DONOVAN, <br> CHINEDU ERNESTO, <br> WAYNE SCHNEIDER, <br> LAVAR PETERS, <br> TIMOTHY SHIPE, <br> DYLAN JORGENSEN, <br> CORTEZ NATHAN, <br> And <br> BLAKE RATCLIFF, <br><br> Plaintiff <br> v. <br><br> Officers John Doe I-VIII, in their official Capacities, <br><br> Defendants. | Case No: 1:21-cv-20499 <br><br><br><br> JURY TRIAL DEMANDED |

## STATUS REPORT

COMES NOW, Plaintiffs Mike Donovan, Chinedu Ernesto, Wayne Schneider, Lavar Peters, Timothy Shipe, Dylan Jorgensen, Cortez Nathan, and Blake Ratcliff, by and through undersigned counsel, and files this Status Report pursuant to this Court's Order. (ECF 7.)

1. On February 4, 2021, Plaintiffs filed their Complaint. (ECF1.)

2. This Court held a Status Conference on February 11, 2021, to inquire about Plaintiff's efforts to identify the John Doe Defendants, at which Conference, this Court Ordered that this status report be filed. (ECF 7.)

3. On February 11, 2021, Plaintiffs submitted an open records request by mail under Florida's Sunshine law to Oliver S. Spicer, Jr., Public Records Custodian of the Miami-

Dade Police Department.

4. On March 3, 2021, the Miami-Dade Police Department opened a public records request on their system and invited the undersigned counsel to enroll in that system.

5. Astrid Arizmendi, a Police Records Technician with the Miami-Dade Police Department requested additional information from the undersigned counsel by email on March 8, 2019.

6. Plaintiff provided the additional information requested to Ms. Arizmendi by email on March 9, 2019.

7. Plaintiff's request is currently listed as in progress on the Miami-Dade Records request portal. Plaintiff expects a prompt response and will immediately amend the complaint to identify the officers currently listed as John Doe Defendants upon receipt of same.

Respectfully submitted this 11th day of March 2021,

/s/ Dallas S. LePierre
Dallas S. LePierre
FL. Bar No. 101126

**NDH LLC**
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
404-254-0442/ 404-935-9391 FAX
dlepierre@ndh-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

Respectfully submitted this 11th day of March 2021,

/s/ Dallas S. LePierre
Dallas S. LePierre
FL. Bar No. 101126

**NDH LLC**
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
404-254-0442/ 404-935-9391 FAX
dlepierre@ndh-law.com