UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| MIKE DONOVAN, <br> CHINEDU ERNESTO, <br> WAYNE SCHNEIDER, <br> LAVAR PETERS, <br> TIMOTHY SHIPE, <br> DYLAN JORGENSEN, <br> CORTEZ NATHAN, <br> And <br> BLAKE RATCLIFF, <br><br> Plaintiff <br> v. <br><br> Officers John Doe I-VIII, in their official Capacities, <br><br> Defendants. | Civil Case No: <br> 1:21-cv-20499 <br><br> JURY TRIAL DEMANDED |

## RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Plaintiffs Mike Donovan, Chinedu Ernesto, Wayne Schneider, Lavar Peters, Timothy Shipe, Dylan Jorgensen, Cortez Nathan, and Blake Ratcliff, by and through undersigned counsel, and pursuant to this Court's Order (ECF 9), files this Response to Order to Show Cause.

1. On March 24, 2021, this Court entered an Order to perfect service upon Defendants or show cause why this action should not be administratively closed. (ECF 9.)

2. Plaintiffs sent a subpoena to the Miami-Dade Police Department seeking the full names of those officers present at the incident giving rise to this action.

3. Plaintiffs served subpoenas to Miami-Dade Police Department Director Alfredo Ramirez III and Miami-Dade Police Department Records Custodian requesting the names, rank,

unit and identification number for each officer involved in the incident subject to the police report provided Plaintiff.

4. On May 5, 2021, Miami-Dade Police Department responded to Plaintiffs' subpoenas providing identification of the officers.

5. Plaintiffs filed their Amended Complaint on May 5, 2021 (ECF 12) based upon the newly received information.

6. Upon receipt of the summons for the Amended Complaint, Plaintiff will immediately serve all Defendants.

7. The foregoing constitutes good cause not to administratively close this case.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order finding good cause not to administratively close this case, permitting this case to proceed, and granting such other and further relief as is just and proper.

Respectfully submitted this 5th day of May 2021,

/s/ Dallas S. LePierre
Dallas S. LePierre
FL. Bar No. 101126

**NDH LLC**
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
404-254-0442/ 404-935-9391 FAX
dlepierre@ndh-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

Respectfully submitted this 5th day of May 2021,

/s/ Dallas S. LePierre
Dallas S. LePierre
FL. Bar No. 101126

**NDH LLC**
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
404-254-0442/ 404-935-9391 FAX
dlepierre@ndh-law.com