UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| MIKE DONOVAN, et al.<br><br>    Plaintiff<br><br>v.<br><br>Officers John Doe I-VIII, in their official Capacities,<br><br>Defendants. | Civil Case No:<br>1:21-cv-20499 |

RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Plaintiffs Mike Donovan, Chinedu Ernesto, Wayne Schneider, Lavar Peters, Timothy Shipe, Dylan Jorgensen, Cortez Nathan, and Blake Ratcliff, by and through undersigned counsel, and pursuant to this Court's Order (ECF 14), file this Response to Order to Show Cause.

1. On May 10, 2021, this Court entered an Order that service be perfected on the three named defendants on or before May 24, 2021 or show cause why these Defendants should not be dismissed for failure to perfect service of process.

2. Summons for the three Defendants were issued on May 11, 2021. (ECF 15.)

3. Plaintiffs' counsel immediately sent the Summons (ECF 14) and Amended Complaint (ECF 12) for service on the named Defendants.

4. On May 19, 2021, Defendants Officer Bridget Sanchez and Officer Fernando Rivadeneira were personally served the Summons and Amended Complaint. (Ex. 1.)

5. The first service attempt for Defendant Sergeant Leonard Fernandez occurred on May 14, 2021 in which the process server was directed to a different address.

6. On May 19, 2021, service was again attempted on Sergeant Leonard Fernandez, and the process server was advised by Sergeant Martinez that Sergeant Fernandez is out of the State of Florida for 14 days. (Ex. 2.)

7. Plaintiff's counsel cannot complete service on Sergeant Fernandez within the time permitted by the court since the Defendant is not in the State of Florida.

8. Plaintiff's counsel will perfect service immediately upon Sergeant Fernandez's return.

WHEREFORE, the foregoing constitutes good cause not to close the case for failure to perfect service. Plaintiffs' counsel respectfully requests this Court Grant a 21-day extension for service to be perfected on Defendant Fernandez.

Respectfully submitted this 24th day of May 2021,

/s/ Dallas S. LePierre
Dallas S. LePierre
FL. Bar No. 101126

**NDH LLC**
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
404-254-0442/ 404-935-9391 FAX
dlepierre@ndh-law.com

3 | P a g e

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

Respectfully submitted this 24th day of May 2021,

/s/ Dallas S. LePierre
Dallas S. LePierre
FL. Bar No. 101126

**NDH LLC**
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
404-254-0442/ 404-935-9391 FAX
dlepierre@ndh-law.com