UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20499-CIV-ALTONAGA/Torres

**MIKE DONOVAN**, *et al.*,

    Plaintiffs,

v.

**OFFICER FERNANDO RIVADENEIRA**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. Defendants appear to have been served. (*See* Returns of Service [ECF No. 18]). To better manage the orderly progress of the case, it is

**ORDERED** that Defendants shall submit a single combined response or separate answers by **June 30, 2021**.

**DONE AND ORDERED** in Miami, Florida, this 14th day of June, 2021.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record