UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MIKE DONOVAN, *et.al.*,

    Plaintiff(s),

v.

                             **Case No. 21-20499-Civ-ALTONAGA**

FERNANDO RIVADENEIRA, *et.al.*,

    Defendant(s).

**NOTICE OF APPEARANCE**

Defendants, Fernando Rivadeneira, Bridget Sanchez and Leonard Fernandez, give notice that the undersigned Assistant County Attorney, an attorney in good standing and admitted to practice in this Court, will appear in this case on their behalf. Defendants respectfully request that all further papers and pleadings be served on the undersigned via CM/ECF and at the email address shown below.

Dated: June 14, 2021.

                                                     Respectfully Submitted,

                                                     GERALDINE BONZON-KEENAN
                                                   Miami-Dade County Attorney
                                                   Stephen P. Clark Center
                                                   111 N.W. 1st Street, Suite 2810
                                                   Miami, Florida 33128

                                                 By: s/ Ezra S. Greenberg
                                                   Ezra S. Greenberg
                                                   Assistant County Attorney
                                                   Florida  Bar No. 85018
                                                   Email: ezrag@miamidade.gov
                                                   Phone: (305) 375-5151

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this day on Plaintiff's counsel via CM/ECF.

/s/ Ezra S. Greenberg
Assistant County Attorney