UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIKE DONOVAN, *et. al.*,

    Plaintiff(s),

v.

Officers Fernandez Rivadeneira, *et. al*,

    Defendant(s).

CASE NO.: 21-20499-CIV-ALTONAGA

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendants, Officers Fernando Rivadeneira, Bridget Sanchez, and Leonard Fernandez, by and through their undersigned counsel, hereby file this Certificate of Interested Parties and Corporate Disclosure Statement pursuant to the Court's Order of June 14, 2021[ECF No. 20], and certify that the following persons and entities may have an interest in the outcome of this case:

1. Bonzon-Keenan, Geraldine, Miami-Dade County Attorney
2. Donovan, Mike, Plaintiff
3. Ernesto, Chinedu, Plaintiff
4. Fernandez, Leonard, Defendant
5. Greenberg, Ezra, Assistant County Attorney
6. Jorgensen, Dylan, Plaintiff
7. LePierre, Dallas, Attorney for Plaintiffs
8. Miami-Dade County Attorney's Office
9. Nathan, Cortez, Plaintiff
10. Pastor, Bernard, Assistant County Attorney

123

4Donovan, et al. v. Rivadeneira, et. al.
Case No. 21-cv-20499

11. Peters, Lavar, Plaintiff

12. Ratcliff, Blake, Plaintiff

13. Rivadeneira, Fernando, Defendant

14. Sanchez, Bridget, Defendant

15. Schneider, Wayne, Plaintiff

16. Shipe, Timothy, Plaintiff

Dated:  June 30, 2021.

Respectfully submitted,

GERALDINE BONZON-KEENAN
Miami-Dade County Attorney
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128

By:   /s/ Ezra S. Greenberg
Ezra S. Greenberg
Assistant County Attorney
Fla. Bar. No. 85018
Telephone: (305) 375-5151
Facsimile: (305) 375-5643
Email: ezrag@miamidade.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this day on Plaintiff's counsel via CM/ECF.

/s/ Ezra S. Greenberg
Assistant County Attorney

5

6