UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20499-CIV-ALTONAGA/Torres

**MIKE DONOVAN**, *et al.*,

    Plaintiffs,

v.

**OFFICER FERNANDO RIVADENEIRA**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court on the parties' Consent Motion for Extension to File Proposed Scheduling Order [ECF No. 36]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The parties shall file a proposed order scheduling mediation by **August 19, 2021**. The parties are reminded that the proposed order must be emailed to the Court in Word format.

**DONE AND ORDERED** in Miami, Florida, this 5th day of August, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record