UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

|  |  |
|---|---|
| MIKE DONOVAN, *et al.*, | ) |
| | ) Civil Case No: |
| Plaintiffs, | ) 1:21-cv-20499 |
| | ) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| Fernandez Rivadeneira, *et al*. | ) |
| | ) |
| Defendants. | ) |

**JOINT NOTICE OF PROPOSED ORDER SCHEUDLING MEDIATION**

COME NOW, the parties to the above-styled civil action, by and through their undersigned counsel of record, who, pursuant to this Court's order (ECF 38), hereby file the attached proposed order, setting forth the date for a mediation. In support thereof, the parties state that they have agreed upon a date for mediation.

Mediation is scheduled for Thursday, March 3, 2022, at 10:00 a.m., in front of Paul Freedman, Esq.

Respectfully submitted this 19th day of August 2021.

*/s/ Dallas LePierre*
Dallas S. LePierre
Florida Bar No. 101126

**HDR LLC**
44 Broad Street NW, Suite 200
Atlanta, GA 30303
Tel. (404) 254-0442
Fax (404) 935-9391
dlepierre@hdrattorneys.com

1

GERALDINE BONZON-KEENAN
Miami-Dade County Attorney
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128

By: s/ Ezra S. Greenberg
Ezra S. Greenberg, Bar No. 85018
Assistant County Attorney
Email: ezrag@miamidade.gov
Phone: (305) 375-5151
Attorney for County Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing NOTICE OF PROPOSED ORDER SCHEUDLING MEDIATION with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 19th day of August, 2021.

<i>/s/ Dallas LePierre</i><br>
Dallas S. LePierre<br>
Florida Bar No. 101126

**HDR LLC**
44 Broad Street NW, Suite 200
Atlanta, GA 30303
Tel. (404) 254-0442
Fax (404) 935-9391
dlepierre@hdrattorneys.com