UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20499-CIV-ALTONAGA/Torres

**MIKE DONOVAN**, *et al.*,

    Plaintiffs,

v.

**FERNANDO RIVADENEIRA**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court *sua sponte*. On August 31, 2021, the Court entered an Order [ECF No. 43] dismissing Plaintiffs' Amended Complaint [ECF No. 22] for failure to establish standing to seek declaratory relief and the failure to state a claim for municipal liability. The Court granted Plaintiffs leave to file a second amended complaint to address the identified pleading deficiencies on or before September 8, 2021. (*See* Aug. 31, 2021 Order 13). To date, Plaintiffs have not filed a second amended complaint, nor have they requested additional time to do so. Accordingly, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk of Court is instructed to **CLOSE** this case, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida, this 9th day of September, 2021.

                                                            **CECILIA M. ALTONAGA**
                                                            **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record